UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELLIOUS TUCKER,

Plaintiff,

v.

JAROM A. DASZKO, M.D., et al.,

Defendants.

No. 2:17-cv-1798 KJN P

ORDER

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By an order filed November 6, 2018, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On December 6, 2018, plaintiff submitted the copies of the amended complaint but failed to provide an address for service of defendant Jarom A. Daszko, M.D. on the USM-285 form. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one blank USM-285 form; and

2. Within thirty days, plaintiff shall submit to the court a properly completed USM-285 form for defendant Jarom A. Daszko required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated: December 12, 2018

/tuck1798.8f

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE