UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLIOUS TUCKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAROM A. DASZKO, M.D., et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1798 MCE KJN P<br><br><br>ORDER |

Plaintiff is a prisoner, proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On December 18, 2018, the court ordered the United States Marshal to serve the complaint on defendant. Process directed to defendant Jarom A. Daszko was returned unserved because "Mailing returned via USPS "Return to Sender" "Unable to forward." USMS unable to locate at this time. Nothing further." (ECF No. 20.) Therefore, plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed August 8, 2018;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed complaint filed August 8, 2018; and

    c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated: February 20, 2019

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tuck1798.8e

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLIOUS TUCKER,<br><br>        Plaintiff,<br><br>    v.<br><br>JAROM A. DASZKO, M.D., et al.,<br><br>        Defendants. | No. 2:17-cv-1798 MCE KJN P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

   \_\_\_\_        completed summons form

   \_\_\_\_        completed USM-285 forms

   \_\_\_\_        copies of the _____

                               Complaint

DATED:

                                            _____

                                            Plaintiff