UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLIOUS TUCKER,<br><br>    Plaintiff,<br><br>    v.<br><br>JAROM A. DASZKO, M.D.,<br><br>    Defendant. | No.  2:17-cv-1798 MCE KJN P<br><br><br>ORDER |

    Plaintiff is a former prisoner, proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.  On March 11, 2020, plaintiff was directed to return the forms necessary to serve the sole remaining defendant Jerom A. Daszko, and to include the current address for Dr. Daszko.

    On May 11, 2020, plaintiff provided a copy of the USM form (not the triplicate USM-285 form required by the U.S. Marshal), and the address provided for defendant Daszko is the same as the address at which service of process was returned unexecuted on March 2, 2020 (ECF No. 27).  As noted in the court's March 11, 2020 order, plaintiff must provide new information to serve defendant Daszko.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.  Plaintiff must provide the new information on the carbonized USM-

285 form provided by the court. Failure to provide the properly completed USM-285 form will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the second amended complaint (ECF No. 13);

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Dr. Daszko;

    b. Two copies of the endorsed second amended complaint (ECF No. 13); and

    c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated: May 15, 2020

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE

/tuck1798.8e2

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MARCELLIOUS TUCKER, | No. 2:17-cv-1798 MCE KJN P |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| JAROM A. DASZKO, M.D., | |
| Defendant. | |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

    \_\_\_\_        completed summons form

    \_\_\_\_        completed USM-285 forms

    \_\_\_\_        copies of the _____

                Second Amended Complaint

DATED:

_____
Plaintiff

3