1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARCELLIOUS TUCKER,                          No.  2:17-cv-01798 MCE KJN P

12                    Plaintiff,

13          v.                                      ORDER

14    JAROM A. DASZKO, M.D.,

15                    Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On July 30, 2020, the magistrate judge filed findings and recommendations herein which

21    were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22    and recommendations were to be filed within fourteen days.  ECF No. 32.  Plaintiff has not filed

23    objections to the findings and recommendations.

24          The Court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27    ///

28    ///

                                                      1

1        1.  The findings and recommendations filed July 30, 2020, ECF No. 32, are ADOPTED in

2  full;

3        2.  This action is dismissed without prejudice, <u>see</u> Fed. R. Civ. P. 41(b); and

4        3.  The Clerk of the Court is directed to close the case.

5        IT IS SO ORDERED.

6  Dated:  September 3, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE